IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Katherine Lambros,

      Plaintiff,

      v.

Lincoln National Life Insurance Company, dba
Lincoln Financial,

      Defendant.

CIVIL DIVISION

CASE NO.:  26-cv-1591

Judge

**COMPLAINT**

FILED ON BEHALF OF:
PLAINTIFF:
Katherine Lambros

COUNSEL FOR THIS PARTY:

Francis M. Moore, Esquire
PA I.D. #60039

Zachary E. Moore, Esquire
PA I.D. #332142

MANSMANN & MOORE, LLP
304 Ross Street, Suite 600
Pittsburgh, PA 15219
fmoore@mansmann-moore.com
zmoore@mansmann-moore.com
Tele: (412) 232-0661
Fax:  (412) 232-0233

## COMPLAINT

### Parties

1.   Plaintiff, Katherine Lambros, is an individual with an address of 475 Duquesne Drive, Pittsburgh, PA 15243.

2.   Defendant, Lincoln National Life Insurance Company, is a long-term disability insurer, licensed to do business in the Commonwealth of Pennsylvania, with an address of 150 North Radnor-Chester Road, Radnor, PA  19087.

### Jurisdiction

3.   This action is brought under, and jurisdiction of this matter is vested in this Court through the *Employee Retirement Income Security Act* (ERISA), and specifically 29 U.S.C. 1132(e), 502(e) wherein the district courts of the United States shall have exclusive jurisdiction of civil actions under this title brought by the Secretary or by a participant, beneficiary, fiduciary, or any person referred to in ERISA.

4.   Venue is proper because Defendant, Lincoln National Life Insurance Company, regularly conducts business in this District.

### History of Case

5.   This action stems from a policy of long-term disability insurance administered by Defendant in which Plaintiff was insured.  Defendant paid long-term benefits to Plaintiff from October 20, 2023 to October 19, 2025.

6.   Katherine Lambros was an employee of Dentsu Carat – Team Microsoft and was insured under a policy of long-term disability insurance with the Defendant.

2

7. Due to significant medical ailments, Katherine Lambros has become fully disabled. Katherine Lambros was awarded disability benefits from the Social Security Administration on 7-11-2025 with an onset date of disability of April 20, 2023.

8. Lincoln National Life Insurance Company denied long term disability benefits to Plaintiff on or about October 19, 2025.

9. Said denial of long-term disability benefits was illegal and unreasonable.

10. All administrative appeals have been exhausted.

11. Significant medical evidence was presented to Defendant outlining the nature and extent of Katherine Lambros's disability. Notwithstanding this medical evidence, Defendant continued to illegally deny Plaintiff long term disability benefits.

### **Prayer for Relief**

WHEREFORE, Katherine Lambros prays for the following relief:

a. Judgment in favor and against the Defendant for the amount of all benefits due and owing under the plan with interest as may be permitted by the Court;

b. An award by the Court for reasonable attorney's fees and costs as provided under the ERISA law, found at section 1132(g), *et seq;* and

c. Any other legal or equitable relief as the Court deems appropriate.

Submitted by:

*/s/Francis M. Moore*
Francis M. Moore, Esquire
Pa. I.D. #60039
fmoore@mansmann-moore.com
MANSMANN & MOORE, LLP
304 Ross Street, Suite 600
Pittsburgh, PA 15219
Tele:   (412) 232-0661
Fax:    (412) 232-0233

4